1   KAMALA D. HARRIS
    Attorney General of California
2   MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
3   EMILY L. BRINKMAN
    Deputy Attorney General
4   State Bar No. 219400
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5742
6     Fax:  (415) 703-5843
      E-mail:  Emily.Brinkman@doj.ca.gov
7   *Attorneys for Defendant Schwarzenegger*

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13  **AMBROSE GILL,**                    CV 10-05936 CW

14                          Plaintiff,   **STIPULATION AND ORDER TO**
                                         **EXTEND PLAINTIFF'S SERVICE**
15              **v.**                   **DEADLINE AND DEFENDANT'S**
                                         **ANSWER**
16
    **SCHWARZENEGGER, et al.,**
17
                           Defendants.
18

19

20          The parties, through their counsel of record, stipulate to the following service and answer

21  deadlines:

22          1.      Plaintiff will have until April 28, 2011 to effectuate service on additional defendants.

23          2.      In light of the fact that it appears to plaintiff that an amended complaint should be

24  filed to add new parties and, possibly, claims, and to substitute defendant Schwarzenegger out of

25  the case, plaintiff will have until April 28, 2011, within which to file a second amended

26  complaint.

27  \\\

28  \\\

                                          1

1      3.    Defendant, and any other newly served Defendant represented by the Attorney

2  General's Office, will have until May 28, 2011 to file an answer.

3

4

5  Dated: _____

6                                                    _____

Emily L. Brinkman
Deputy Attorney General for Defendant
Schwarzenegger

7

8

9  Dated: _____

_____

Jeff Price
Attorney for Plaintiff Gill

10

11           **IT IS SO ORDERED**

12

13  Dated: _____                        _____

        2/15/2011

United States Judge Claudia Wilken

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2