KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General
State Bar No. 219400
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5742
 Fax:  (415) 703-5843
 E-mail:  Emily.Brinkman@doj.ca.gov
*Attorneys for Defendant Schwarzenegger*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBROSE GILL,** | CV 10-05936 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S SERVICE DEADLINE AND DEFENDANT'S ANSWER** |
| v. | |
| **SCHWARZENEGGER, et al.,** | |
| Defendants. | |

The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, stipulate to the following service and answer deadlines:

1. Plaintiff will have until May 12, 2011 to effectuate service on additional defendants.

2. In light of the fact that it appears to plaintiff that an amended complaint should be filed to add new parties and, possibly, claims, and to substitute defendant Schwarzenegger out of the case, and the parties have cooperated in exchanging documents pertinent to this case, plaintiff will have until May 12, 2011, within which to file a second amended complaint.

\\\

\\\

3. Defendant, and any other newly served Defendant represented by the Attorney General's Office, will have until June 13, 2011 to file an answer.

Dated: _April 28, 2011_____        /s/ by Jeff Price by permission_____
                                       Emily L. Brinkman
                                       Deputy Attorney General for Defendant Schwarzenegger


Dated: __April 28, 2011_____       __/s/ Jeff Price_____
                                       Jeff Price
                                       Attorney for Plaintiff Gill

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Brinkman gave permission to electronically sign this stipulation on her behalf.


**IT IS SO ORDERED** . Case Management Conference previously set for May 31, 2011, is continued to June 28, 2011.

Dated: ___4/29/2011_____           _____
                                       United States Judge Claudia Wilken