1

JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4ᵀʰ Street
Santa Monica, Califrornia 90401
T. 310.776.8650
jeff.price@mac.com

2

3

4

*Attorneys for Plaintiff*

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

**AMBROSE GILL,**

CV 10-05936 CW

13

Plaintiff,

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND PLAINTIFF'S
SERVICE DEADLINE AND
DEFENDANT'S ANSWER**

14

**v.**

15

16

**SCHWARZENEGGER, et al.,**

17

Defendants.

18

19

20

        The parties, through their counsel of record, have met and conferred and, in the interests of

21

justice and judicial economy, and specifically because counsel for plaintiff has not had the

22

opportunity to speak with the plaintiff recently and needs additional time to do so, stipulate to the

23

following service and answer deadlines:

24

        1.      Plaintiff will have until May 27, 2011 to effectuate service on additional defendants.

25

        2.      In light of the fact that it appears to plaintiff that an amended complaint should be

26

filed to add new parties and, possibly, claims, and to substitute defendant Schwarzenegger out of

27

the case, and the parties have cooperated in exchanging documents pertinent to this case, plaintiff

28

will have until May 27, 2011, within which to file a second amended complaint.

1       3.     Defendant, and any other newly served Defendant represented by the Attorney

2  General's Office, will have until July 8, 2011 to file an answer.

3

4  Dated: _May 12, 2011_____           _/s/ by Jeff Price by permission_____

                                             Emily L. Brinkman

5                                             Deputy Attorney General for Defendant

6                                           Schwarzenegger

7

8  Dated: __May 12, 2011_____           __/s/ Jeff Price_____

                                             Jeff Price

9                                           Attorney for Plaintiff Gill

10  PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that

11  Ms. Brinkman gave permission to electronically sign this stipulation on her behalf.

12

13       **IT IS SO ORDERED**

14

15  Dated:     **5/19/2011**_____

16                               United States Judge Claudia Wilken

17

18

19

20

21

22

23

24

25

26

27

28