1  JEFF DOMINIC PRICE
   Attorney at Law SBC 165534
2  1335 4TH Street
   Santa Monica, Califrornia 90401
3  T. 310.776.8650
   jeff.price@mac.com
4
   *Attorneys for Plaintiff*
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBROSE GILL,**<br><br>                          Plaintiff,<br><br>          v.<br><br>**SCHWARZENEGGER, et al.,**<br><br>                          Defendants. | CV 10-05936 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Date:         June 28, 2011<br>Time:         2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge         The Honorable Claudia Wilken<br>Trial Date    TBD<br>**Action Filed** |

    The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, hereby stipulate to continue the Case Management Conference, currently set for June 28, 2011, to September 6, 2011, and the associated date for the filing of the CMC statement, which is now due June 21, 2011, to August 30, 2011, for the primary reason that service is not yet complete.

\\\

\\\

\\\

1

| | |
|---|---|
| Dated: June 20, 2011 | /s/ by Jeff Price by permission<br>Emily L. Brinkman<br>Deputy Attorney General for Defendant Schwarzenegger |
| Dated: June 20, 2011 | /s/ Jeff Price<br>Jeff Price<br>Attorney for Plaintiff Ambrose Gill |

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Brinkman gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED. However, the claims against any Defendants who are not served by July 21, 2011 will be dismissed, absent good cause shown.**

Dated: 6/21/2011

United States Judge Claudia Wilken