JEFF DOMINIC PRICE
Attorney at Law SBC 165534
1335 4TH Street
Santa Monica, California 90401
T. 310.776.8650
jeff.price@mac.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBROSE GILL,**<br><br>                                     Plaintiff,<br><br>           v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                     Defendants. | CV 10-05936 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING AND SERVICE OF AND RESPONSE TO THIRD AMENDED COMPLAINT** |

The parties, through their counsel of record, have met and conferred and, in the interests of justice and judicial economy, and specifically because counsel for plaintiff has not had the opportunity to speak with the plaintiff recently and needs additional time to do so, stipulate to the following service and answer deadlines:

    1.    In light of the fact that plaintiff seeks to file a third amended complaint, plaintiff will have until October 31, 2011, within which to file a third amended complaint.

    2.    Defendants Woolfolk, Elliot, Kosloske, Brown, Trenary, Westbrook, and Garcia will have until November 30, 2011 to file an answer.

/ / /

/ / /

/ / /

1

STIPULATION AND [PROPOSED] ORDER FOR FILING OF THIRD AMENDED COMPLAINT  CV 10-05936 CW

| | |
|---|---|
| Dated: October 26, 2011 | /s/ Emily Brinkman by Jeff Price<br>Emily L. Brinkman<br>Deputy Attorney General for Defendants<br>Woolfolk, Elliot, Kosloske, Brown, Trenary,<br>Westbrook, and Garcia |
| Dated: October 26, 2011 | /s/ Jeff Price<br>Jeff Price<br>Attorney for Plaintiff Gill |

PURSUANT TO General Order 45, § 10(B), counsel for plaintiff hereby attests that Ms. Brinkman gave permission to electronically sign this stipulation on her behalf.

**IT IS SO ORDERED**

Dated: 11/1/2011

UNITED STATES JUDGE CLAUDIA WILKEN