UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSE GILL,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>      Defendant(s). | No. C10-5936 CW (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Defendant(s) and their attorney(s) of record:

On September 8, 2011, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for November 15, 2011. Your statement was due November 8, 2011. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) or record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: November 9, 2011

                                  Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\GILL OVERDUE PAPERS ORDER.wpd

1