UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSE GILL, )<br>)<br>      Plaintiff(s), )<br>)<br>  v. )<br>)<br>ARNOLD SCHWARZENEGGER, )<br>)<br>      Defendant(s). )<br>_____) | No. C10-5936 CW (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO:  Defendant(s) and their attorney(s) of record:

On September 8, 2011, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for November 15, 2011.  Your statement was due November 8, 2011.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) or record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: November 9, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\GILL OVERDUE PAPERS ORDER.wpd

1