UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSE GILL,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>　　　　Defendant(s). | No. C10-5936 CW (BZ)<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY** |

Having received and reviewed defendants' request to appear telephonically at the settlement conference, **IT IS HEREBY ORDERED** that defendants' request to appear telephonically is **DENIED.**

Dated: November 14, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\GILL ORD DENYING REQST TO APPEAR BY PHONE AT SC.wpd

1