IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSE GILL,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-05936 CW<br><br>CONDITIONAL ORDER<br>OF DISMISSAL |

    The Court having been advised that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 180 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The further case management conference and motion hearing dates are vacated.

    IT IS SO ORDERED.

Dated: 11/15/2011

                                          CLAUDIA WILKEN<br>                                          United States District Judge