1  KAMALA D. HARRIS
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  EMILY L. BRINKMAN
   Deputy Attorney General
4  State Bar No. 219400
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone: (415) 703-5742
6    Fax: (415) 703-5843
     E-mail: Emily.Brinkman@doj.ca.gov
7  *Attorneys for Defendants Woolfolk, Elliott, Kosloske,
   Brown, Trenary, Westbrook, and Garcia*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSE GILL, <br><br> Plaintiff, <br><br> v. <br><br> SCHWARZENEGGER, et al., <br><br> Defendants. | CV 10-05936 CW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii);** and [~~PROPOSED~~] **ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Ambrose Gill, after appearing before Magistrate-Judge Bernard Zimmerman, and with the consent of the California Department of Corrections and Rehabilitation., requests the Court's

\\\
\\\
\\\
\\\
\\\
\\\

1

Order dismissing the pending third amended complaint. It is requested that said dismissal be with prejudice.

Dated: 1-30-12

By: *Ambrose L. Gill*
Ambrose Gill
Plaintiff

Dated: 2/2/2012

By: /s/ Jeff Price
JEFF PRICE
Attorney for Plaintiff

Dated: 1/26/2012

By: *Emily L. Brinkman*
EMILY L. BRINKMAN
Deputy Attorney General
Counsel for CDCR on behalf of Defendants Woolfolk, Elliott, Kosloske, Brown, Trenary, Westbrook, and Garcia

IT IS SO ORDERED:

Dated: 4/4/2012

*Claudia Wilken*
HONORABLE CLAUDIA WILKEN
United States District Court Judge

LA2010504761
20555166.doc

2