KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General
State Bar No. 219400
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5742
Fax: (415) 703-5843
E-mail: Emily.Brinkman@doj.ca.gov
*Attorneys for Defendants Woolfolk, Elliott, Kosloske, Brown, Trenary, Westbrook, and Garcia*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBROSE GILL,**<br>Plaintiff,<br>v.<br>**SCHWARZENEGGER, et al.,**<br>Defendants. | CV 10-05936 CW<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii); and ~~[PROPOSED]~~ ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Ambrose Gill, after appearing before Magistrate-Judge Bernard Zimmerman, and with the consent of the California Department of Corrections and Rehabilitation , requests the Court's

\\\

\\\

\\\

\\\

\\\

\\\

Order dismissing the pending third amended complaint. It is requested that said dismissal be with prejudice.

Dated: 1-30-12

By: Ambrose L. Gill
Ambrose Gill
Plaintiff

Dated: 2/2/2012

By: /s/ Jeff Price
Jeff Price
Digitally signed by Jeff Price
DN: cn=Jeff Price, o=Jeff Dominic Price, APC, ou, email=jeff.price@mac.com, c=US
Date: 2012.02.02 10:46:36 -08'00'
JEFF PRICE
Attorney for Plaintiff

Dated: 1/26/2012

By:
EMILY L. BRINKMAN
Deputy Attorney General
Counsel for CDCR on behalf of Defendants Woolfolk, Elliott, Kosloske, Brown, Trenary, Westbrook, and Garcia

**IT IS SO ORDERED:**

Dated: 4/4/2012

HONORABLE CLAUDIA WILKEN
United States District Court Judge

LA2010504761
20555166.doc